## SIMMONS v. QUICK STOP FOOD MART

No. 144PA82.

Case below: 56 N.C. App. 105.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 May 1982.

## SIMONS v. GEORGIADE

No. 158P82.

Case below: 55 N.C. App. 483.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 May 1982.

## STANLEY v. RETIREMENT AND HEALTH BENEFITS DIVISION

No. 106P82.

Case below: 55 N.C. App. 588.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

## STATE v. ANDREWS

No. 157P82.

Case below: 56 N.C. App. 91.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 May 1982.

## STATE v. BAGLEY

No. 147P82.

Case below: 55 N.C. App. 132.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 May 1982.